IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE R. PEACOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv458-CSC |
| | ) (WO) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the October 22, 2007, motion for an extension to file a brief (doc. # 11) filed by the plaintiff. Upon consideration of the motion and for good cause, it is

ORDERED that the plaintiff be and is hereby GRANTED an extension to and including November 23, 2007 to file his brief.

Done this 24th day of October, 2007.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE