IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE R. PEACOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:07cv458-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 20, 2007, the defendant filed a motion for extension of time to file his brief (doc. # 16). The plaintiff does not object to an extension of time. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for an extension of time be and is hereby GRANTED. The defendant's deadline for filing his brief be and is hereby EXTENDED from December 27, 2007 until January 28, 2008.

Done this 21st day of December, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE